**No. 09-861. Citizens for Police Accountability Political Committee, Petitioner v. Kurt S. Browning, Florida Secretary of State, et al.**

559 U.S. 1086, 130 S. Ct. 2141, 176 L. Ed. 2d 756, 2010 U.S. LEXIS 3204.

April 19, 2010. Motion of Marion B. Brechner First Amendment Project, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 572 F.3d 1213.

**No. 09-931. Kenneth L. Smith, Petitioner v. Michael L. Bender, Associate Justice, Supreme Court of Colorado, et al.**

559 U.S. 1086, 130 S. Ct. 2097, 176 L. Ed. 2d 756, 2010 U.S. LEXIS 3132.

April 19, 2010. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 350 Fed. Appx. 190.

**No. 09-939. Kenneth Derek Anthony Pillay, Petitioner v. Cisco Systems, Inc., et al.**

559 U.S. 1086, 130 S. Ct. 2098, 176 L. Ed. 2d 756, 2010 U.S. LEXIS 3246.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

**No. 09-943. Steven Salsberg, et al., Petitioners v. Trico Marine Services, Inc., et al.**

559 U.S. 1086, 130 S. Ct. 2098, 176 L. Ed. 2d 756, 2010 U.S. LEXIS 3236.

**No. 09-956. Robert Doyle, Petitioner v. American Home Products Corporation, et al.**

559 U.S. 1086, 130 S. Ct. 2099, 176 L. Ed. 2d 756, 2010 U.S. LEXIS 3271.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 583 F.3d 167.

**No. 09-1080. Liders Porras, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1087, 130 S. Ct. 2115, 176 L. Ed. 2d 756, 2010 U.S. LEXIS 3186.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 343 Fed. Appx. 710.